RECEIVED
NOV 15 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ALEXANDER S. MCKENZIE**<br>**FED. REG. #14417-058** | **DOCKET NO. 10-CV-1001; SEC. P** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN JP YOUNG** | **MAGISTRATE JUDGE KIRK** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT the Petition for Writ of Habeas Corpus be DENIED and DISMISSED because the Court lacks jurisdiction to consider these claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 15 day of November 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE